John GROGAN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

Nov. 10, 1944.

Joe Lancaster for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied.    Judgment affirmed.

John GROGAN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

Nov. 10, 1944.

Joe Lancaster for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied.    Judgment affirmed.

MARSH DAIRY CO., Inc., Movant, v. James A. ECTON, Opposed.

Court of Appeals of Kentucky

Nov. 21, 1944.

Grover C. Thompson and M. C. Redwine for movant.

Geo. R. Smith opposed.

PER CURIAM.

Appeal denied.    Judgment affirmed.